# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 261

| | |
|---|---|
| GEORGE TURMON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| EATON CORPORATION, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on James E. Smith, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Donald Gist. It appearing that Donald Gist is a member in good standing with the South Carolina Bar and will be appearing with James E. Smith, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James E. Smith, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#37) of Donald Gist is **GRANTED**, and that Donald Gist is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James E. Smith, Jr.

Signed: February 15, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge