# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv261

| | |
|---|---|
| **GEORGE TURMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **EATON CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that the deadline for designation of a mediator, December 30, 2010, has passed with no designation.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their designation of mediator not later than March 25, 2011.

Signed: March 14, 2011

Dennis L. Howell
United States Magistrate Judge